In the Matter of 500 FIFTH AVENUE, INC., Appellant. WISE SHOE COMPANY, INC. (MARYLAND), et al., Respondents.

Argued October 13, 1949; decided October 21, 1949.

*Orrin G. Judd, Sidney B. Moskovitz* and *Saul A. Shames* for appellant.

*Bernard Weiss* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.